# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD KORAL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIGERTRADE SERVICES INC., a Delaware corporation; TANJILA ISLAM, an individual; and DOES 1-20, Inclusive,<br><br>　　　　Defendants. | Civil Action No.<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

　　　　Pursuant to Rule 83.2.5 of the Local Rules of the United States Courts for the Eastern Districts of Louisiana, I, Charles F. Zimmer, II, hereby move this Court for an order for admission of Michael C. Baum to practice Pro Hac Vice as counsel for Plaintiff Richard Koral in the above-captioned action.

　　　　Mr. Baum is in good standing of the bar of the state of California and there are no pending disciplinary proceedings against him in any state or federal court. He has never been convicted of a felony. Mr. Baum has never been censured, suspended, disbarred or denied admission or readmission by any court. See concurrently filed Declaration of Michael C. Baum in support of this motion for admission pro hac vice pursuant to Local Rule 83.2.5.

**DAVILLIER LAW GROUP, LLC**

<u>/s/ Charles Zimmer</u>
Charles F. Zimmer II (LSBA No. 26759)
Jonathan D. Lewis (LSBA No. 37207)
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: 504-582-6998 | Fax: 504-582-6985
czimmer@davillierlawgroup.com

## Certificate of Service

I certify that I have served a copy of the above and foregoing pleading to counsel of record participating by email on this 9th day of December 2020.

<u>/s/Charles Zimmer</u>
Charles F. Zimmer II

792556.1

2