UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD KORAL, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>TIGERTRADE SERVICES INC., a Delaware corporation; TANJILA ISLAM, an individual; and DOES 1-20, Inclusive,<br><br>        Defendants. | Civil Action No. 2:20-mc-03350<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Michael C. Baum for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California, and that his contact information is as follows:

Michael C. Baum
Resch Polster & Berger, LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209
Email:  mbaum@rpblaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Richard Koral in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District court for the Eastern District of Louisiana.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2020

_____
Honorable United States District Judge