UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD KORAL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TIGERTRADE SERVICES INC., a Delaware corporation; TANJILA ISLAM, an individual; and DOES 1-20, Inclusive,<br><br>　　　　　Defendants. | Civil Action No.<br><br>**DECLARATION OF MICHAEL C. BAUM IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Michael C. Baum, declare as follows:

1. I am of counsel with the law firm of Resch Polster & Berger LLP, 1840 Century Park East, 17th Floor, Los Angeles, California 90067.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing, attached hereto as Exhibit "A," I am a member in good standing of the bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or

readmission by any court.

7. Pursuant to local rules, attached hereto as Exhibit "B" is the signed EDLA Consent to Electronic Filing form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of December, 2020, at Los Angeles, California.

      */s/ Michael C. Baum*      
Michael C. Baum
Resch Polster & Berger, LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209
Email:  mbaum@rpblaw.com
